IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

STEPHEN POSSI,
individually and on behalf of
all others similarly situated,
        Plaintiffs,

CASE NO. 19-CV-01599

v.

SYNERGY INDUSTRIAL CORPORATION, et al.,
        Defendants.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff Stephen Possi, individually and on behalf of all others similarly situated, and Defendants Synergy Industrial Corporation ("Synergy"), Warren K. Haeberle, and Brian Demuri Haeberle ("Defendants")(collectively, the "Parties"), through their respective undersigned Counsel, submit this Joint Motion for Preliminary Approval of Class and Collective Action Settlement. The Parties, through negotiation, reached a settlement in this case on March 26, 2020, for the opt-in plaintiffs and for the putative Rule 23 class members. In connection with this settlement, the Parties respectfully move the Court for the following:

    1.    an Order preliminarily approving the Settlement Agreement attached as Exhibit 1 (ECF No. 25-1) to this Motion as fair, reasonable, and adequate;

    2.    an Order granting the Parties' Joint Stipulation to Certify a Class Action Pursuant to FED.R.CIV.P. 23;

    3.    an Order appointing Stephen Possi as Class Representative;

QB\62965312.1

Case 2:19-cv-01599-JPS   Filed 05/07/20   Page 1 of 3   Document 25

4. an Order appointing Hawks Quindel, S.C. as Class Counsel pursuant to FED.R.CIV.P. 23(g);

5. an Order approving the Notice of Class Action Settlement in the form of Exhibit C to the Settlement Agreement (ECF No. 25-4,) for distribution to all opt-in plaintiffs and putative members of the Rule 23 Class, and approving that the provision of the Notice of Class Action Settlement by mail constitutes valid, due, and sufficient notice to Rule 23 Class Members;

6. an Order that Class Counsel must mail the Notice of Class Action Settlement to the Class Members within seven (7) days of the Court's Order Preliminarily Approving the Settlement Agreement;

7. an Order that individuals who wish to exclude themselves must opt-out per the instructions set forth in the Notice within thirty (30) days of the mailing of the Notice;

8. an Order that any individual who does not exclude themselves shall be bound by the Court's Order Finally Approving the Settlement;

9. an Order that any Rule 23 Class Member who wishes to object in any way to the proposed Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than thirty (30) days after the mailing of the Notice, together with copies of all papers in support of his or her position;

10. an Order setting a Fairness Hearing for the week of August 10, 2020, or anytime thereafter, at the Court's convenience;

11. an Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs 30 days after the Preliminary Approval Order, and a direction that any supplemental brief in support of final approval of the Settlement Agreement or in response to any objections to the application for attorneys' fees be filed at least seven (7) days before the Fairness Hearing, and that the Court shall determine at the Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated this 7th day of May, 2020.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| *s/ Sean M. Scullen* | *s/ Summer H. Murshid* |
| Sean M. Scullen, SBN 1034221 | Summer H. Murshid, SBN 1075404 |
| sean.scullen@quarles.com | smurshid@hq-law.com |
| Steven M. Kruzel, SBN 1086539 | Larry A. Johnson, SBN 1056619 |
| steven.kruzel@quarles.com | ljohnson@hq-law.com |
| | Timothy P. Maynard, SBN 1080953 |
| | tmaynard@hq-law.com |
| **Quarles & Brady LLP** | **Hawks Quindel, S.C.** |
| 411 East Wisconsin Avenue | 222 E. Erie Street |
| Suite 2350 | Suite 210 |
| Milwaukee, WI 53202-4426 | Milwaukee, WI 53202 |
| (414) 277-5000 (office) | (414) 271-8650 (office) |
| (414) 271-3552 (facsimile) | (414) 271-8442 (facsimile) |
| **Attorneys for Defendant** | **Attorneys for Plaintiffs** |