UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**STEPHEN POSSI,**
**individually and on behalf of**
**the certified classes,**
   **Plaintiffs,**          **CASE NO. 19-CV-01599**

  v.

**SYNERGY INDUSTRIAL CORPORATION,** *et al.***,**
   **Defendant.**

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

  Pursuant to FED. R. CIV. P. 23, Plaintiff Stephen Possi ("Plaintiff"), on behalf of himself and the Collective Action Members and the Rule 23 Class Members (collectively, the "Classes" hereinafter), hereby respectfully request the Court fully and finally approve the Parties' Settlement Agreement in this matter. Defendant does not oppose this motion.

  1. The Parties reached a settlement agreement to resolve Plaintiff and the Classes' claims as alleged in the Complaint on a collective and class-wide basis.

  2. On July 23, 2020, the Court entered an Order which found the settlement agreement was fair, reasonable, and adequate, certified this matter as a class action pursuant to FED. R. CIV. P. 23, approved the form and content of the Notice sent to Class Members, and set the fairness hearing. (ECF No. 30.)

3. Class Counsel sent the approved notice pursuant to the Court's Order and filed their unopposed motion for an award of attorneys' fees and costs (ECF No. 31) which is currently pending.

4. As the notice period has closed, there have been no objectors and no excluders, Plaintiff moves the Court for final approval of the Settlement Agreement and respectfully request the Court enter the proposed order filed contemporaneously with this motion.

Dated this 28th day of October, 2020.

Respectfully submitted,

*s/ Larry A. Johnson*
Larry A. Johnson
Bar Number 1056619
Summer Murshid
Bar Number 1075404
Timothy Maynard
Bar Number 1080953

**Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com

Class Counsel